# Exhibit A

RECEIVED IN OFFICE
HENRY COUNTY
CLERK OF SUPERIOR COURT

2018 APR 10 PM 2: 52

BK: 15791 PG: 290-292
Filed and Recorded
Apr-10-2018 03:29:24PM
DOC#: D2018-009102
Real Estate Transfer Tax $0.00
0752018002741
BARBARA A. HARRISON
CLERK OF SUPERIOR COURT Henry County GA.

After recording, return to:
Pearce D. Hardwick
McGee & Oxford, LLP
5855 Sandy Springs Circle, Suite 300
Atlanta, GA 30328

## QUITCLAIM DEED IN LIEU OF FORECLOSURE

STATE OF GEORGIA
COUNTY OF FULTON

THIS INDENTURE, made and executed this ___9___ day of April, 2018, between **MITZI L. BICKERS, a resident of Henry County, Georgia**, as party or parties of the first part, hereinafter called Grantor, and **ANYTIME BAIL BONDING, INC. a Georgia corporation**, whose address is P. O. Box 2180, Evans, GA 30809, as party of the second part, hereinafter called Grantee.

WITNESSETH that: Grantor, for and in consideration of One Dollar and other valuable consideration, has and does by these presents remise, release, and forever quit-claim to Grantee all of Grantor's right, title and interest in and to:

**All that tract or parcel of land lying and being in Land Lot 9 of the 12th District, Henry County, Georgia, being Lot 18, Block A, of Bayview Lake Spivey Estates, and being more particularly described on Exhibit "A" attached hereto and made a part hereof by reference.**

This instrument is executed and delivered to convey the above described property to Grantee in lieu of foreclosure by Grantee of that certain Deed to Secure Debt from Grantor to Grantee herein, dated October 24, 2016, recorded in Deed Book 14526, page 323, Henry County records, for the principal sum of **EIGHTY-EIGHT THOUSAND SEVEN HUNDRED ONE AND 41/100 DOLLARS ($88,701.41)**, as modified by instrument recorded in Deed Book 15395, page 52, Henry County records (collectively, the "Security Deed") , together with all the rights, members and appurtenances to the described premises in anywise appertaining or belonging.

Notwithstanding anything to the contrary herein set forth, Grantor agrees that there shall be no merger of tile of the lien of said Security Deed with the interest of the Grantor herein conveyed, the lien of said Security Deed to remain in full force and effect.

TO HAVE AND TO HOLD the said described premises to Grantee, so that neither Grantor nor any person or persons claiming under Grantor shall at any time, by any means or ways, have, claim or demand any right or title to said premises or appurtenances, or any rights thereof.

(The words "Grantor and "Grantee" include all genders, plural and singular, and their respective heirs, successors and assigns where the context permits.)

[SIGNATURE CONTINUED ON NEXT PAGE]

IN WITNESS WHEREOF, Grantor has signed and sealed this deed, the day and year first above written above.

_____(SEAL)
MITZI L. BICKERS

Signed, sealed and delivered
in the presence of:

_____
Witness

_____
Notary Public

Notary Expiration Date: Feb. 26, 2022
Notary Seal:

[Notary Seal: M. Elizabeth Thacker, Notary Public, Henry County, Georgia, My Commission Expires February 26, 2022]

BK: 15791 PG: 291

BK: 15791 PG: 292

EXHIBIT "A"

All that tract or parcel of land lying and being in Land Lot 9 of the 12th District, Henry County, Georgia, being Lot 18, Block A, of Bayview Lake Spivey Estates, and being more particularly described as follows:

Beginning at a point located on the easterly right of way of a cul-de-sac located at the end of Bay View Drive, said point being a distance of 548.50 feet southeasterly as measured along the right of way of Bay View Drive from the intersection of Bay View Drive with the right of way of Lost Valley Drive; from said point of beginning, continuing thence in a southeasterly, southerly and southwesterly direction, and following along the right of way of Bay View Drive, along the arc of a curve to the right an arc distance of 80.00 feet (chord bearing South 34 degrees 23 minutes 33 seconds West and a chord length of 74.22 feet) to a point; running thence South 32 degrees 33 minutes 26 seconds East a distance of 275 feet, more or less, to the shoreline of Lake Spivey; running thence in a northerly and northeasterly direction, and following along the shoreline of Lake Spivey, and following the meanderings thereof, a distance of 388 feet, more or less, to a point; running thence South 76 degrees 25 minutes 20 seconds West a distance of 250.00 feet, more or less, to a point and the point of beginning

Being known as 3306 Bay View Drive, Jonesboro, Georgia 30236, in accordance with the present system of numbering in Henry County, Georgia.