UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>REAL PROPERTY LOCATED AT 3306 BAY VIEW DRIVE, JONESBORO, GA, et al.,<br><br>            Defendants. | CIVIL ACTION NO.<br>1:18-CV-04054-JPB |

## ORDER

On May 17, 2019, the proceedings in this matter were stayed pending resolution of Claimant Mitzi Bickers's criminal case, which is pending before Judge Steve C. Jones of the United States District Court for the Northern District of Georgia. [Doc. 46]. Because there is no indication when the criminal case will be resolved, in the interest of judicial economy, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents. The case shall remain administratively closed until the criminal case has been resolved.

**SO ORDERED** this 17th day of March, 2021.

J. P. BOULEE
United States District Judge