IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | CIVIL ACTION NO. : |
| 2206 BAY VIEW DRIVE, | ) | |
| JONESBORO, GEORGIA, ET AL | ) | 1:18-CV-4054-SCJ |
|     Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANYTIME BAIL BONDING, | ) | |
|     Claimant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**COME NOW** Brian Steel and Colette Resnik Steel and hereby file this Notice of Substitution of Counsel as counsel for Claimant, Anytime Bail Bonding, in the above-styled case. All pleadings and official Court notices should be sent to the address below.

This 25th day of March, 2022.

                                                                                Respectfully submitted,

                                                                                */s/ Brian Steel*
                                                                                 BRIAN STEEL
                                                                                 GA Bar No. 677640

                                                                                *s/ Colette Resnik Steel*
                                                                                COLETTE RESNIK STEEL
                                                                                GA Bar No. 601092

                                                                                Attorneys for Claimant

**The Steel Law Firm, P.C. 1800 Peachtree Street, N.W., Suite 300, Atlanta, Georgia 30309 (404) 605-0023**

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** on the individual listed below by electronic filing:

**Kelly Kathleen Connors
United States Attorney's Office
Richard B. Russell Building
6th Floor
75 Ted Turner Drive
Atlanta, GA 30303**

This the 25th day of March, 2022.

                                          Respectfully submitted,

                                          */s/ Brian Steel*
                                          BRIAN STEEL
                                          GA Bar No. 677640
                                          Attorney for Defendant